IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH C. MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>CRAIG SUMNER, ET AL,<br><br>        Defendants.<br>                                                      / | No. C 06-00914 JSW<br><br>**ORDER DIRECTING DEFENDANTS THRELFALL LIMITED PARTNERSHIP, DIANE J. CHRISTIAN, AND WILLIAM F. WAYMAN TO NOTIFY COURT OF CONSENT OR DECLINATION** |

On March 21, 2006, the Court issued an order directing the parties to meet and confer regarding reassignment to Magistrate Judge Nandor J. Vadas and to file a letter by March 31, 2006, stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas. Defendants Threlfall Limited Partnership, Diane J. Christian, and William F. Wayman did not appear in this matter until April 10 and 19, 2006, respectively, after the deadline to respond regarding reassignment had passed. Therefore, the Court HEREBY DIRECTS Defendants Threlfall Limited Partnership, Diane J. Christian, and William F. Wayman to inform the Court by no later than May 1, 2006 as to whether or not they consent to reassignment to Magistrate Judge Vardas. If all these parties consent, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

**IT IS SO ORDERED.**

Dated: April 20, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE