Jason K. Singleton, State Bar #166170
Richard E. Grabowski, State Bar #236207
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
lawgroup@sbcglobal.net

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, ELIZABETH C. MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH C. MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG SUMNER, dba BARNES ARCATA FAMILY DRUGS, THRELFALL LIMITED PARTNERSHIP, DIANE J. CHRISTIAN, WILLIAM F. WAYMAN, LINDA R. SUNDBERG, LORI POFF, ROSS MILLER, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C 06-0914 NJV<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

    Plaintiff ELIZABETH MILLER and Defendants CRAIG SUMNER, dba BARNES ARCATA FAMILY DRUGS, THRELFALL LIMITED PARTNERSHIP, DIANE J. CHRISTIAN, AND WILLIAM WAYMAN (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

STIPULATION AND ORDER OF DISMISSAL    1    C 06-0914 NJV

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 31, 2006      /s/Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff, **ELIZABETH C. MILLER**

**COOK BROWN, LLP**

Dated: August 31, 2006      /s/ Pamela A. Lewis
Pamela A. Lewis, Attorneys for Defendant **THRELFALL LIMITED PARTNERSHIP**

**CORFEE STONE & ASSOCIATES**

Dated: August 31, 2006      /s/ Zachary Best
Zachary Best, Attorneys for Defendant **CRAIG SUMNER, dba BARNES ARCATA FAMILY DRUGS**

**MITCHELL, BRISSO, DELANEY & VRIEZE**

Dated: August 31, 2006      /s/ John M. Vrieze
John M. Vrieze, Attorneys for Defendants **DIANE J. CHRISTIAN and WILLIAM F. WAYMAN**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>MILLER vs SUMNER, dba BARNES, et al.</u>, Case Number C-06-0914 NJV, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: 9/12/06

NANDOR J. VADAS, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT